In re:  BOY SCOUTS OF AMERICA; and DELAWARE BSA LLC,
        Debtors


    Indian Harbor Insurance Company,
        Appellant